THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02385-WYD-MEH

ME2 PRODUCTIONS, INC.,

a Nevada Corporation,

        Plaintiff,

  v.

JOHN DOES 1-7,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
OF DEFENDANT JOHN DOE 1
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by Defendant John Doe 1, as identified in Exhibit 1 attached to the Complaint in the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendant John Doe 1, as

identified in Exhibit 1 attached to the Complaint in the above-captioned action, with prejudice.

DATED this 1st day of November, 2017.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
5310 Ward Rd., Suite G-07
Arvada, CO 80002
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail: david.thunderlaw@gmail.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *David J. Stephenson, Jr.*